STATE v. ESSIE KING.

(Filed 5 June, 1947.)

APPEAL by defendant from *Rousseau, J.,* at November Term, 1946, of FORSYTH.

Criminal prosecution on warrant .charging the defendant with disorderly conduct and disturbing the peace, tried originally in the Municipal Court of the City of Winston-Salem and again *de novo* on appeal to the Superior Court of Forsyth County.

Verdict: Guilty.

Judgment: Thirty days in jail.

The defendant appeals, assigning errors.

*Attorney-General McMullan and Assistant Attorneys-General Bruton, Rhodes, and Moody for the State.*

*William Reid Dalton for defendant.*

PER CURIAM. The exceptions relied on here are the same as those presented in the case of *S. v. Koritz, et al., ante,* 552, herewith decided.

This record contains an additional circumstance which does not appear in the record of the *Koritz Case,* to wit, in addition to the Negro jurors who served on the jury in the *Koritz Case,* there was another Negro juror regularly drawn and summoned for petit jury service, and who was then serving.

The exceptions here presented are controlled by the rulings in the *Koritz Case.*

No error.